UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRACIELA DONCOUSE,

    Plaintiff,

-against-

CHELSEA ROYAL CARE PHARMACY, INC., et al.,

    Defendant.

21-CV-2377 (PGG) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/21

**BARBARA MOSES, United States Magistrate Judge.**

    An affidavit of service states that plaintiff served defendant Chelsea Royal Care Pharmacy, Inc. with process on March 30, 2021. (Dkt. No. 8.) Pursuant to Fed. R. Civ. P. 12(a)(1)(A), defendant's answer was due April 20, 2021. Defendant has neither appeared nor responded to the complaint. No later than **May 26, 2021**, plaintiff shall inform the Court whether the parties have extended defendant's time to respond, or whether plaintiff intends to request a certificate of default. Plaintiff shall promptly serve this Order on defendant.

Dated: New York, New York
       May 19, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**